FOSTER, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May

3, 1904.) Action by Joseph Foster, Jr., against the International Paper Company.

PER CURIAM. Order granting extra allowance reversed, with $10 costs, and motion denied. Judgment modified, by striking out such extra allowance of costs, and, as so modified, judgment and order denying motion for new trial affirmed, with costs.

WILLIAMS, J., not sitting.